■ CHARTER ONE BANK, FSB, Successor by Merger to ALBANK, FSB, Respondent, v RICHARD F. MILLS, Appellant, et al., Defendants. (Appeal No. 3.) [976 NYS2d 913]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), rendered October 10, 2012. The order denied the motion of defendant Richard F. Mills to vacate a default judgment of foreclosure.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Charter One Bank v Mills* (112 AD3d 1338 [2013]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.